

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-11-00822-CR

Trial Court Cause
Number:     10CR1217

Style:     Thomas Wayne Florence

**v** The State of Texas

Date motion filed[*]:     September 30, 2013

Type of motion:     Miscellaneous

Party filing motion:     Appellant, Thomas Wayne Florence

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐  Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland.

Date: October 15, 2013